# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| Glenda Michelle Meeks,<br><br>　　Plaintiff,<br><br>v.<br><br>Heritage Housing of Augusta,<br><br>　　Defendant. | Civil Action No. 1:25-cv-03701-JDA |

## Certificate of Service

I, the undersigned, an attorney with Burr & Forman LLP, have served or caused to be served on this day one copy of Heritage Housing of Augusta's Notice of Removal and Answers to Local Rule 26.01 Interrogatories filed in the above-captioned matter via U.S. Mail and email upon Plaintiff's counsel as set forth below.

Shalonda Wilburn, Esquire<br>
Wilburn Law Firm, LLC<br>
135 Chesterfield Street S.<br>
Aiken, SC 29801<br>
scwilburn@wilburnlawfirm.com

**BURR & FORMAN LLP**

s/Tracey C. Green
Tracey C. Green (Fed ID No. 6644)
1221 Main Street, Suite 1800
Columbia, SC 29201
(803) 753-3224
tgreen@burr.com

*Attorneys for Defendant*

May 2, 2025
Columbia, South Carolina